# Clements v. The State.

### Violating Prohibition Law.

(Decided December 19, 1916.   73 South. 765.)

Appeal and Error; Review; Instructions; Bill of Exceptions.—The appellate court cannot properly review the refusal of instructions, especially the affirmative charge for defendant, in the absence of a bill of exceptions containing the evidence in the case.

[Wills v. The State.]

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

Cleve Clements was convicted of violating the prohibition law and he appeals. Affirmed.

SANDERS & ROE, for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The transcript in this case contains no bill of exceptions. The charge shown against the defendant is for violation of the prohibition laws. The record appears in all things regular. The general affirmative charges on the different counts in the indictment that are set out in the record cannot be intelligently considered or reviewed in the absence of a bill of exceptions and the oral charge of the court.—*Frazier v. State,* 14 Ala. App. 665, 71 South. 981; *Clay v. State,* 14 Ala. App. 664, 71 South. 982.

No error appearing in the record, an affirmance is ordered. Affirmed.